UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

---------------------------------------------------------------x

TRACEY NARED,                                    Dkt#:  1:25-cv-01033-VSB-SDA

               Plaintiff,

 - against –


COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

---------------------------------------------------------------x

## ORDER

WHEREAS The Plaintiff has filed a motion for an Extension of Time to file for Attorney's Fees pursuant to 42 U.S.C. § 406(b); it is hereby

ORDERED that the Plaintiff's Unopposed Motion for Extension of Time to file for Attorney's Fees under 42 U.S.C. § 406(b) is hereby **GRANTED.**

Plaintiff's motion shall be due within 30 days of counsel's receipt of the final Notice of Award letter.


Dated: May 29, 2026


               SO ORDERED:

               _____

               Stewart D. Aaron, United States Magistrate Judge